AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHBROOK LAGUNA HOLDINGS LLC, *et al.*,[1] | ) | Case No. 11-13292 ( ) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

## NOTICE OF FILING OF LISTS OF EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE that each of the above-captioned debtors and debtors in possession filed the attached **Lists of Equity Security Holders** with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: ArchBrook Laguna LLC (6166); ArchBrook Laguna Holdings LLC (6156); Chimerica Global Logistics LLC (3745); ArchBrook Laguna West LLC (9631); Lehrhoff ABL LLC (6386); Expert Warehouse LLC (4487); and ArchBrook Laguna New York LLC (5385).

100830799 v6

New York, New York
Dated: July 8, 2011

*/s/ Ira S. Dizengoff*
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHBROOK LAGUNA HOLDINGS LLC | Case No. 11-13292 ( ) |
| Debtor. | Joint Administration Requested |

# LIST OF EQUITY SECURITY HOLDERS[1]

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ABL Invest LLC<br><br>c/o<br>National Corporate Research Ltd<br>202 South Minnesota Street<br>Carson City, NV 89703 | Class A Common Units | 5,910 | 100% |
| BDI Laguna Holdings, Inc.<br><br>c/o<br>National Corporate Research Ltd<br>202 South Minnesota Street<br>Carson City, NV 89703 | Class A Preferred Units | 27,000 | 100% |

---

[1] Debtors ArchBrook Laguna LLC (which owns a 100% interest in Lehrhoff ABL LLC and Archbrook Laguna New York LLC and a 60% interest in Expert Warehouse LLC), Chimerica Global Logistics LLC and ArchBrook Laguna West LLC are wholly owned subsidiaries of ArchBrook Laguna Holdings LLC.

| BDI Laguna Holdings, Inc.<br><br>c/o<br>National Corporate Research Ltd<br>202 South Minnesota Street<br>Carson City, NV 89703 | Class B Preferred Units | 48,000 | 100% |
|---|---|---|---|

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPERT WAREHOUSE LLC | Case No. 11-13295 (    ) |
| Debtor. | Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ArchBrook Laguna LLC<br><br>350 Starke Road<br>Suite 400<br>Carlstadt, NJ 07072 | Class B Units | 600 | 60% |
| Associated Volume Buyers, Inc.<br><br>100 S. Anaheim Boulevard,<br>Suite 250<br>Anaheim, CA 92805 | Class A Units | 400 | 40% |

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ARCHBROOK LAGUNA LLC | ) Case No. 11-13293 (   ) |
| Debtor. | ) Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ArchBrook Laguna Holdings LLC<br><br>350 Starke Road<br>Suite 400<br>Carlstadt, NJ  07072 | Member Interest | N/A | 100% |

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CHIMERICA GLOBAL LOGISTICS LLC | ) Case No. 11-13297 ( ) |
| Debtor. | ) Joint Administration Requested |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ArchBrook Laguna LLC<br><br>350 Starke Road<br>Suite 400<br>Carlstadt, NJ  07072 | Member Interest | N/A | 100% |

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHBROOK LAGUNA WEST LLC | Case No. 11-13294 ( ) |
| Debtor. | Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ArchBrook Laguna Holdings LLC<br><br>350 Starke Road<br>Suite 400<br>Carlstadt, NJ  07072 | Member Interest | N/A | 100% |

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHRHOFF ABL LLC | ) Case No. 11-13296 ( ) |
| Debtor. | ) Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ArchBrook Laguna LLC<br><br>350 Starke Road<br>Suite 400<br>Carlstadt, NJ 07072 | Member Interest | N/A | 100% |

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Ira S. Dizengoff
Michael P. Cooley
Alexis Freeman

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ARCHBROOK LAGUNA NEW YORK LLC | Case No. 11-13290 ( ) |
| Debtor. | Joint Administration Requested |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Percent of Class |
|---|---|---|---|
| ArchBrook Laguna LLC<br><br>350 Starke Road<br>Suite 400<br>Carlstadt, NJ 07072 | Member Interest | N/A | 100% |