**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ARCHBROOK LAGUNA HOLDINGS LLC, | ) ) | Case No. 11-13292 (SCC) |
| Debtor, | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| ARCHBROOK LAGUNA LLC, | ) ) | Case No. 11-13293 (SCC) |
| Debtor, | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| ARCHBROOK LAGUNA NEW YORK LLC, | ) ) | Case No. 11-13290 (SCC) |
| Debtor, | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| ARCHBROOK LAGUNA WEST LLC, | ) ) | Case No. 11-13294 (SCC) |
| Debtor, | ) ) ) | |
| In re: | ) ) ) | Chapter 11 |
| CHIMERICA GLOBAL LOGISTICS LLC, | ) ) | Case No. 11-13297 (SCC) |
| Debtor, | ) ) | |

| | )  | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| EXPERT WAREHOUSE LLC, | ) | |
| | ) | Case No. 11-13295 (SCC) |
| Debtor, | ) | |
| | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| LEHRHOFF ABL LLC, | ) | |
| | ) | Case No. 11-13296 (SCC) |
| Debtor, | ) | |
| | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "*Motion*")[1] [Docket No. 2] of the above-captioned debtors (collectively, the "*Debtors*") for entry of an order directing joint administration of the Debtors' related chapter 11 cases; and upon the Boverman Declaration; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue appearing proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing to be adequate and appropriate under the circumstances; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 11-13292, the case number for ArchBrook Laguna Holdings LLC.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHBROOK LAGUNA HOLDINGS LLC, *et al.*,[1] | ) | Case No. 11-13292 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of ArchBrook Laguna Holdings LLC, ArchBrook Laguna LLC, Archbrook Laguna New York LLC, ArchBrook Laguna West LLC, Chimerica Global Logistics LLC, Expert Warehouse LLC and Lehrhoff ABL LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-13292.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: ArchBrook Laguna LLC (6166); ArchBrook Laguna Holdings LLC (6156); Chimerica Global Logistics LLC (3745); ArchBrook Laguna West LLC (9631); Lehrhoff ABL LLC (6386); Expert Warehouse LLC (4487); and ArchBrook Laguna New York LLC (5385).

5. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and/or any notice and claims agent approved by this Court, updated and filed with the court and kept by the Clerk of the United States Bankruptcy Court for the Southern District of New York.

6. The Debtors shall file a consolidated monthly operating report, but shall track and break out disbursements on a debtor-by-debtor basis and, accordingly, shall pay any fees due to the United States Trustee for the Southern District of New York on a debtor-by-debtor basis.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 11 cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York  
Date: July 12, 2011

*/s/ Shelley C. Chapman*  
HONORABLE SHELLEY C. CHAPMAN  
UNITED STATES BANKRUPTCY JUDGE