UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ARCHBROOK LAGUNA HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 11-13292 (SCC) |
| Debtors. | ) ) ) | Jointly Administered |

### ORDER AUTHORIZING THE DEBTORS TO (A) PREPARE AN ELECTRONIC LIST OF CREDITORS IN LIEU OF SUBMITTING AND FILING A FORMATTED MAILING MATRIX, (B) FILE A CONSOLIDATED LIST OF THE DEBTORS' 30 LARGEST UNSECURED CREDITORS AND (C) MAIL INITIAL NOTICES

Upon the motion (the "***Motion***")[2] [Docket No. 6] of the above-captioned debtors (collectively, the "***Debtors***") for entry of an order authorizing the Debtors to (a) prepare an electronic list of creditors in lieu of submitting and filing a formatted mailing matrix, (b) file a consolidated list of the Debtors' 30 largest unsecured creditors and (c) mail initial notices; and upon the Boverman Declaration; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue appearing proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion appearing to be adequate and appropriate under the circumstances; and any objections to the requested relief having been

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: ArchBrook Laguna LLC (6166); ArchBrook Laguna Holdings LLC (6156); Chimerica Global Logistics LLC (3745); ArchBrook Laguna West LLC (9631); Lehrhoff ABL LLC (6386); Expert Warehouse LLC (4487); and ArchBrook Laguna New York LLC (5385).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor

IT IS ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. The Debtors are authorized to file a consolidated list of their 30 largest unsecured creditors in the Debtors' chapter 11 cases in lieu of each Debtor filing a list of its 20 largest unsecured creditors.

3. In lieu of submitting a formatted mailing matrix to the clerk of the Court and filing such matrix on the case docket, the Debtors shall make available a single, consolidated list of all of the Debtors' creditors in electronic form to any party who so requests and in non-electronic form at such requesting party's sole cost and expense.

4. The Debtors, with the assistance of the Proposed Notice and Claims Agent (upon this Court's authorization to engage GCG as the Debtors' Proposed Notice and Claims Agent), are authorized, but not directed, to mail initial notices, such as (a) a notice of filing of the chapter 11 cases and (b) any correspondence the Debtors may wish to send to creditors and equity security holders as part of the Debtors' communication efforts to keep their creditors and equity security holders informed with respect to the status of the chapter 11 cases.

5. The Debtors, with the assistance of the Proposed Notice and Claims Agent, are authorized to undertake all mailings directed by the Court, the U.S. Trustee, or as required by the Bankruptcy Code, including, but not limited to, the notice of commencement and any other correspondence that the Debtors may wish to send to creditors and equity security holders.

6. The Proposed Notice and Claims Agent shall run the list of creditors and equity security holders through the United States Postal Service's National Change of Address

("*NCOA*") software and update any mailing addresses accordingly.  If the NCOA software determines that a mailing address has changed, the Proposed Notice and Claims Agent shall mail documents to the updated address and is under no obligation to mail to the original address.

7. If mail is returned to the Proposed Notice and Claims Agent as undeliverable with a forwarding address, the Proposed Notice and Claims Agent shall re-mail the document to the new address and update its mailing database accordingly.  If mail is returned to the Proposed Notice and Claims Agent as undeliverable with no forwarding address, the Proposed Notice and Claims Agent is under no further obligation to mail any notices or other pleadings to that address.

8. The Debtors and the Proposed Notice and Claims Agent are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York  　　　　　　　　　　*/s/ Shelley C. Chapman*
Date:  July 12, 2011  　　　　　　　　　　HONORABLE SHELLEY C. CHAPMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE