UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ARCHBROOK LAGUNA HOLDINGS LLC, *et al.*,[1] | ) | Case No. 11-13292 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER APPROVING DEBTORS' MOTION TO SHORTEN THE TIME
FOR NOTICE OF THE HEARING TO CONSIDER THE DEBTORS' MOTION,
PURSUANT TO 11 U.S.C. §§ 105, 363, 364, 365, 503 AND 507 AND FED. R. BANKR.
P. 2002, 4001, 6004, 6006, 9008 AND 9014, FOR ENTRY OF (I) AN ORDER APPROVING
(A) BID PROCEDURES, (B) NOTICE OF SALE, AUCTION, AND SALE HEARING, (C)
ASSUMPTION PROCEDURES AND RELATED NOTICES; AND (II) AN ORDER
APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

Upon the motion (the "***Motion***")[2] [Docket No. 13] of the Debtors, for entry of an order pursuant to Bankruptcy Rules 2002 and 9006(c) and Local Rule 9006-1(b) shortening the notice under Bankruptcy Rule 2002 with respect to the hearing to approve the Sale Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and that, pursuant to Bankruptcy Rules 2002 and 9006(c), cause exists to shorten the notice period under Bankruptcy Rule 2002 and due and proper notice of the Motion having been provided under the circumstances, and it appearing that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: ArchBrook Laguna LLC (6166); ArchBrook Laguna Holdings LLC (6156); Chimerica Global Logistics LLC (3745); ArchBrook Laguna West LLC (9631); Lehrhoff ABL LLC (6386); Expert Warehouse LLC (4487); and ArchBrook Laguna New York LLC (5385).
[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

no other or further notice need be provided; and any objections to the Motion having been withdrawn, resolved or overruled on the merits; and after due deliberation and sufficient cause appearing therefor

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. The notice period required by Bankruptcy Rule 2002(a) with respect to the hearing on the Sale Motion is hereby modified as follows:

    a. The hearing (the "*Hearing*") on the Sale Motion shall be held on July 20, 2011 at 2:00 p.m. (prevailing Eastern Time). The Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by notice of adjournment filed with the Court and served on the list of all parties required to be notified under Bankruptcy Rule 2002 and Local Rule 9006-1(b) and other parties entitled to notice.

    b. Objections, if any, to the adequacy of the Sale Motion or the relief sought at the Hearing must be filed with the Court (contemporaneously with a proof of service) and served upon the appropriate parties on or before July 20, 2011 at 10 a.m. (prevailing Eastern Time).

3. The Debtors shall mail notice of the Hearing to all entities required to be served under the Bankruptcy Rules, within one day after entry of this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York      */s/ Shelley C. Chapman*
Date: July 12, 2011     HONORABLE SHELLEY C. CHAPMAN
    UNITED STATES BANKRUPTCY JUDGE