UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                            :          Case No. 11-13292 (SCC)
                                                 :
ArchBrook Laguna Holdings LLC, et al.,           :              (Chapter 11)
                                                 :
                                                 :          (Jointly Administered)
                          Debtors.               :
-------------------------------------------------------x

## APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1. Dell Marketing, L.P.
   One Dell Way
   Round Rock, Texas 78682
   Attn: Christopher Anacker, Credit Director
   Tel. No. (512) 728-0460

2. Direct Entertainment Media Group, Inc.
   8280 Willow Oaks Corporate Drive - Suite 800
   Fairfax, Virginia 22031-4511
   Attn: Kenneth Friedli, Assistant Treasurer
   Tel. No. (703) 663-4466

3. Garmin International, Inc.
   1200 E. 151st Street
   Olathe, Kansas 66061
   Attn: Lisa D. Brauch, Accounts Receivable Manager
   Tel. No. (913) 440-1911

4. Samsung Electronics America, Inc.
   85 Challenger Road
   Ridgefield Park, New Jersey 07660
   Attn: Joseph McNamara, Director of Financial Services
   Tel. No. (201) 229-4253

5. Hewlett-Packard Company
   11311 Chinden Boulevard - MS 314
   Boise, Idaho 83714
   Attn: Ramona S. Neal, Senior Counsel
   Tel. No. (208) 396-6484

6. TomTom, Inc.
   150 Baker Avenue Ext
   Concord, Massachusetts 01742
   Attn: Kerry A. Reddington, Senior Legal Counsel
   Tel. No. (978) 405-1854

7. Sunbeam Products, Inc., d/b/a Jarden Consumer Solutions
   2381 Executive Center Drive
   Boca Raton, Florida 33431
   Attn: Elleen McDonnell, Senior Director Financial Services
   Tel. No. (561) 912-4435

Dated: New York, New York
July 18, 2011

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/Susan D. Golden
Susan D. Golden
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500